# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Dickson, Joseph A. | 2. Court or Organization<br><br>District Court - New Jersey | 3. Date of Report<br><br>06/11/2021 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge, Full Time | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>02/15/2021 |

**7. Chambers or Office Address**

Martin Luther King, Jr. Courthouse & Federal Bldg.
50 Walnut Street
P.O. Box 999
Newark, New Jersey 07102

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | ▮▮▮▮▮▮▮▮ (Salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dickson, Joseph A. | 06/11/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dickson, Joseph A.** | 06/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Accounts (cash) | A | Interest | L | T | | | | | |
| 2. Morgan Stanley Smith Barney (IRA) | | | | | | | | | |
| 3. -Morgan Stanley Bank N.A. cash | A | Interest | J | T | | | | | |
| 4. -Equitable Life AXA Equitable - Elite 07 annuity | A | Dividend | J | T | | | | | |
| 5. -Brighthouse Investors Class L annuity | B | Dividend | K | T | | | | | |
| 6. -Ishares 20 YR Treasury Bond | A | Dividend | | | Sold | 03/16/20 | K | C | |
| 7. -Ishares Core MSCI EAFE ETF | A | Dividend | L | T | Sold (part) | 05/20/20 | J | A | |
| 8. -Ishares Core MSCI Emerging | A | Dividend | K | T | Sold (part) | 05/20/20 | J | A | |
| 9. -Ishares Inc MCSI Japan ETF | A | Dividend | | | Sold | 05/20/20 | J | A | |
| 10. -Ishares Iboxx HY Cor BD ETF | A | Dividend | K | T | Buy | 03/16/20 | K | | |
| 11. -Ishares Russell 1000 GRW ETF | A | Dividend | K | T | Sold (part) | 05/20/20 | J | A | |
| 12. -Ishares Russell 1000 Value ETF | A | Dividend | K | T | | | | | |
| 13. -Ishares Russell 2000 Grwth ETF | A | Dividend | J | T | Sold (part) | 05/20/20 | J | B | |
| 14. -Ishares Russell 2000 Value ETF | A | Dividend | J | T | | | | | |
| 15. -Ishares Russell Midcap G ETF | A | Dividend | J | T | | | | | |
| 16. -Ishares Russell Midcap V ETF | A | Dividend | J | T | Sold (part) | 05/20/20 | J | A | |
| 17. -Ishares Tips Bond ETF | A | Dividend | J | T | Sold (part) | 03/16/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -Pimco Enhanced Shrt Mtrt Exc | A | Dividend | J | T | Sold (part) | 03/16/20 | J | A | |
| 19.   -Vanguard Short Term Bnd | A | Dividend | K | T | Sold (part) | 03/16/20 | J | A | |
| 20.   -Vanguard Total Bond Market | A | Dividend | K | T | | | | | |
| 21.   Met Life 403(b) Savings Plan | | | | | | | | | |
| 22.   -Am Funds Glbl SC mutual fund | A | Dividend | J | T | | | | | |
| 23.   -American Funds GI Fund mutual fund | A | Dividend | K | T | | | | | |
| 24.   -Clarion Glbl Real Estate mutual fund | A | Dividend | J | T | | | | | |
| 25.   -Fixed Interest Account | A | Interest | J | T | | | | | |
| 26.   -TRP Midcap Growth mutual fund | A | Dividend | J | T | | | | | |
| 27.   -Russel 2000 Index mutual fund | A | Dividend | J | T | | | | | |
| 28.   -Clearbridge Aggressive Growth | A | Dividend | J | T | | | | | |
| 29.   -MFS Research Intl Mutual Fund | A | Dividend | J | T | | | | | |
| 30.   -American Funds Growth Fund | A | Dividend | K | T | | | | | |
| 31.   Met Life 403(b) Savings Plan T Flex Annuity | D | Interest | M | T | | | | | |
| 32.   Met Life 457 Deferred Compensation Plan T Flex Annuity | C | Interest | L | T | | | | | |
| 33.   Nationwide Universal Life Insurance Policy | A | Dividend | J | T | | | | | |
| 34.   Nationwide Life Insurance Policy | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dickson, Joseph A. | 06/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Fidelity VIP Asset Manager, Initial Class (Mutual Fund) | A | Dividend | J | T | | | | | |
| 36. -Fidelity VIP Growth, Initial Class (Mutual Fund) | A | Dividend | J | T | | | | | |
| 37. -Janus Aspen Series Forty, Service Shares (Mutual Fund) | A | Dividend | J | T | | | | | |
| 38. -NWD Var Ins Trst NVIT S&P 500 Index (Mutual Fund) | A | Dividend | J | T | | | | | |
| 39. -NWD Var Ins Trst Oppen. NVIT Lg Cap Grth (Mutual Fund)(X) | A | Dividend | J | T | | | | | |
| 40. Charles Schwab | | | | | | | | | |
| 41. -ChevronX | A | Dividend | J | T | | | | | |
| 42. -Corning IncX | A | Dividend | J | T | | | | | |
| 43. -Dominion Energy IncX | A | Dividend | J | T | | | | | |
| 44. -Dow IncX | A | Dividend | J | T | | | | | |
| 45. -Dupont De Nemours IncX | A | Dividend | J | T | | | | | |
| 46. -Exxon Mobile CorpX | A | Dividend | J | T | | | | | |
| 47. -Garrett Motion IncX | A | Dividend | J | T | | | | | |
| 48. -Honeywell Intl IncX | A | Dividend | K | T | | | | | |
| 49. -Intl Flavors & FragX | A | Dividend | J | T | | | | | |
| 50. -Johnson & JohnsonX | A | Dividend | J | T | | | | | |
| 51. -Kennametal Inc CapX | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dickson, Joseph A.** | 06/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Mondelez IntlX | A | Dividend | J | T | | | | | |
| 53. -Pepsico IncX | A | Dividend | J | T | | | | | |
| 54. -Phillip Morris IntlX | A | Dividend | J | T | | | | | |
| 55. -S&P GlobalX | A | Dividend | K | T | | | | | |
| 56. -Stanley Black & DeckX | A | Dividend | K | T | | | | | |
| 57. VerizonX | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dickson, Joseph A. | 06/11/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Dickson, Joseph A. | 06/11/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joseph A. Dickson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544